IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

EULIBES L. CRUZ,                        )
ID # 18356-076,                         )
       Petitioner,              )
vs.                                     )          No. 3:08-CV-1857-P (BH)
                                        )          ECF
UNITED STATES OF AMERICA,               )          Referred to U.S. Magistrate Judge
       Respondent.             )

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DISMISSES** the petition for habeas corpus under 28 U.S.C. § 2241 for lack of jurisdiction.

SIGNED this 12th day of December, 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE